IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------X
:
MARK GREENWOOD                          :         3:10 CV 1989 (JGM)
:
V.                                      :
:
DR. MARK BUCCCANNON ET AL.              :         OCTOBER 14, 2011
:
------------------------------------------------------X

ORDER

On December 17, 2010, plaintiff Mark Greenwood, then an inmate at the Connecticut Correctional Institution at Osborn, commenced this federal lawsuit. (Dkt. #1).[1] In early March 2011, the parties consented to trial before this Magistrate Judge (Dkts. ##10-11), and at the request of plaintiff, pro bono counsel was appointed for plaintiff to assist in settlement discussions. (Dkts. ##13, 15-19, 22-24).

During the pendency of the settlement discussions, plaintiff tragically died on or about September 10, 2011. (See Dkt. #27).

Pro bono counsel is encouraged to reach out to plaintiff's family, which is apparently located out of state, to ascertain whether they wish to continue this lawsuit, whether they wish to continue the settlement discussions, or whether they wish to withdraw this lawsuit. Pro bono counsel is encouraged to notify this Magistrate Judge's Chambers, as well as defense counsel, by no later than November 21, 2011.

If a further telephonic status conference would be helpful, counsel are, of course, free to contact this Magistrate Judge's Chambers.

---

[1] Plaintiff was released from prison sometime between March 1 and April 18, 2011. (See Dkts. ##10, 14).

Dated at New Haven, Connecticut, this 14th day of October, 2011.

    __/s/ Joan G. Margolis, USMJ__
Joan Glazer Margolis
United States Magistrate Judge